# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:19-CR-53 |
| | ) | |
| MATTHEW LANE | ) | |

# **O R D E R**

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) accept Defendant's plea of guilty to the charges in the Indictment; (2) adjudicate Defendant guilty of the charges set forth in the Indictment; and (3) find Defendant shall remain in custody until sentencing in this matter [Doc. 27]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 27] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the charge in Count One of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Indictment, that is, conspiracy to take firearms from the premises of Knoxville Tactical Gun Store, firearms that had been shipped and transported in interstate commerce, in violation of 18 U.S.C. §§ 371 and 922(u);

(3) Defendant's plea of guilty to the charge in Count Two of the Indictment is **ACCEPTED;**

(4) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count Two of the Indictment, that is, unlawfully taking from the premises of Knoxville Tactical Gun Store, firearms that had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(u); and

(4) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**